1   CENTER FOR DISABILITY ACCESS
    Dennis Price, Esq., SBN 279082
2   Amanda Seabock, SBN 289900
    100 Pine St., Ste 1250
3   San Francisco, CA 94111
    (858) 375-7385
4   (888) 422-5191 fax
    amandas@potterhandy.com
5   Attorneys for Plaintiff

6
    Bruce A. Neilson #096952
7   7108 N. Fresno St. #410
    Fresno, California 93720
8   Telephone (559) 432-9831
    Facsimile (559) 432-1837
9   Attorneys for Defendants
    Irfan Barkat and Adrian Hotel, Inc.
10

11

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15   BRIAN WHITAKER
                                    Case: 3:21-cv-07439-CRB
16        Plaintiff,

17    v.
                                    **JOINT STIPULATION FOR**
18                                  **DISMISSAL PURSUANT TO**
     ADRIAN HOTEL, INC., a California **FEDERAL RULE OF CIVIL**
19   Corporation;                   **PROCEDURE 41(a)(1)(A)(ii)**
     IRFAN BARKAT;
20
          Defendant.
21

22

23

24

25

26

27

28
                                1

Joint Stipulation for Dismissal            Case: 3:21-cv-07439-CRB

**<u>STIPULATION</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 25, 2022                    CENTER FOR DISABILITY ACCESS

By: <u>/s/ Amanda Seabock</u>
Amanda Seabock
Attorneys for Plaintiff

Dated: March 25, 2022

By: <u>/s/ Bruce A. Neilson</u>
Bruce A. Neilson
Attorney for Defendants
Irfan Barkat and Adrian Hotel, Inc.

2

1
2
3

## **SIGNATURE CERTIFICATION**

4   I hereby certify that the content of this document is acceptable to Bruce A. Neilson,

5   counsel for Irfan Barkat and Adrian Hotel, Inc., and that I have obtained

6   authorization to affix his electronic signature to this document.

7

8   Dated: March 25, 2022                CENTER FOR DISABILITY ACCESS

9

10  By: /s/ Amanda Seabock
                        Amanda Seabock
11                      Attorneys for Plaintiff

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3